Certificate Number: 17572-NJ-DE-036876686

Bankruptcy Case Number: 17-28277



17572-NJ-DE-036876686

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 3, 2022, at 6:25 o'clock PM PDT, Brian J Zumwalde completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 3, 2022                By:     /s/Judy Alexander

                                       Name:   Judy Alexander

                                       Title:  Counselor