| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>BRIAN J. ZUMWALDE AND LISA M. ZUMWALDE<br>AKA LISA RACHUBA | Case No.: 17-28277-JNP<br>Chapter: 13<br>Judge: Poslusny |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Brian J. Zumwalde, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 11-15-22

Brian Zumwalde
Debtor's Signature

**IMPORTANT**:

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
BRIAN J. ZUMWALDE AND LISA M. ZUMWALDE
AKA LISA RACHUBA

Case No.: 17-28277-JNP
Chapter: 13
Judge: Poslusny

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Lisa M. Zumwalde, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 11-15-22

Debtor's Signature

**IMPORTANT**:

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18