UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

BRIAN J. ZUMWALDE AND LISA M. ZUMWALDE
AKA LISA RACHUBA

Case No.: 17-28277-JNP

Chapter: 13

Judge: Poslusny

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, Lisa M. Zumwalde, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 5-6-23

x _[signature]_
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
BRIAN J. ZUMWALDE AND LISA M. ZUMWALDE
AKA LISA RACHUBA

Case No.: 17-28277-JNP

Chapter: 13

Judge: Poslusny

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Brian J. Zumwalde, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: x 5-6-23

x Brian Zumwalde
Debtor's Signature

**IMPORTANT**:

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18