**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brian J. Zumwalde | Social Security number or ITIN  xxx–xx–7469 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lisa M. Zumwalde | Social Security number or ITIN  xxx–xx–7068 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–28277–JNP

## Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian J. Zumwalde

Lisa M. Zumwalde
aka Lisa Rachuba

6/9/23

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 17-28277-JNP

Brian J. Zumwalde                                               Chapter 13

Lisa M. Zumwalde

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                            Page 1 of 3

Date Rcvd: Jun 09, 2023                        Form ID: 3180W                                 Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Zumwalde, Lisa M. Zumwalde, 300 4th Avenue, Glendora, NJ 08029-1449 |
| 517056663 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 517056667 | + | Brittany Walter, 39 Madison Avenue, Berlin, NJ 08009-9459 |
| 517056673 | + | Citizens One, PO Box 2360, Omaha, NE 68103-2360 |
| 517056677 |   | Iannelli Chiropractic Centers, 1301 Black Horse Pike, Blackwood, NJ 08012 |
| 517056684 | + | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2023 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2023 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: JPMORGANCHASE | Jun 10 2023 00:52:00 | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517056664 | ^ | MEBN | Jun 09 2023 21:00:09 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 517056665 | + | EDI: TSYS2 | Jun 10 2023 00:52:00 | Barclays Bank, Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 517056668 | | EDI: CAPITALONE.COM | Jun 10 2023 00:52:00 | Capital One, Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517196769 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2023 21:22:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517056671 | + | EDI: CITICORP.COM | Jun 10 2023 00:52:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517255787 | | EDI: Q3G.COM | Jun 10 2023 00:52:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 517056675 | + | EDI: WFNNB.COM | Jun 10 2023 00:52:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 517056679 | + | EDI: CITICORP.COM | Jun 10 2023 00:52:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 517208076 | | EDI: Q3G.COM | Jun 10 2023 00:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517056676 | + | Email/Text: electronicbkydocs@nelnet.net | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: 3180W | Total Noticed: 39 |

| | | | |
|---|---|---|---|
| | | Jun 09 2023 21:04:00 | Dept. Of Education Nel Net, 3015 Parker road, Suite 400, Aurora, CO 80014-2904 |
| 517056670 | EDI: JPMORGANCHASE | Jun 10 2023 00:52:00 | Chase, PO Box 24696, Columbus, OH 43224 |
| 517198725 | EDI: JPMORGANCHASE | Jun 10 2023 00:52:00 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517056678 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 09 2023 21:03:00 | Kohl's, Collection Dept., PO Box 3043, Milwaukee, WI 53201-3043 |
| 517215630 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 21:11:22 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517056680 | Email/Text: EBN@Mohela.com | Jun 09 2023 21:03:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 517062540 | Email/Text: EBN@Mohela.com | Jun 09 2023 21:03:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518968618 | + EDI: AISMIDFIRST | Jun 10 2023 00:52:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518968617 | + EDI: AISMIDFIRST | Jun 10 2023 00:52:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517056681 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 09 2023 21:03:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101 |
| 517199369 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 09 2023 21:03:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517195762 | EDI: PRA.COM | Jun 10 2023 00:52:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517252003 | EDI: Q3G.COM | Jun 10 2023 00:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517056682 | + EDI: CITICORP.COM | Jun 10 2023 00:52:00 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517056683 | + EDI: RMSC.COM | Jun 10 2023 00:52:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 517058239 | + EDI: RMSC.COM | Jun 10 2023 00:52:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517079332 | + Email/Text: electronicbkydocs@nelnet.net | Jun 09 2023 21:04:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 517167752 | EDI: WFFC2 | Jun 10 2023 00:52:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517114517 | EDI: WFFC2 | Jun 10 2023 00:52:00 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 517056685 | + EDI: WFFC.COM | Jun 10 2023 00:52:00 | Wells Fargo Dealer Services, National Bankruptcy Division, PO Box 3569, Rancho Cucamonga, CA 91729-3569 |
| 517056686 | + EDI: WFFC2 | Jun 10 2023 00:52:00 | Wells Fargo Financial National Bank, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WELLS FARGO BANK, N.A. |
| 517056666 | *+ | Barclays Bank, Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 517056669 | * | Capital One, Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517056672 | *+ | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517056674 | *+ | Citizens One, PO Box 2360, Omaha, NE 68103-2360 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2023          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley Pascuzzi | on behalf of Creditor MidFirst Bank apascuzzi@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jill T. Bryan | on behalf of Joint Debtor Lisa M. Zumwalde jtb.assistant1@verizon.net |
| Jill T. Bryan | on behalf of Debtor Brian J. Zumwalde jtb.assistant1@verizon.net |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Chase Records Center mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9