Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17–28277–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian J. Zumwalde
300 4th Avenue
Glendora, NJ 08029

Lisa M. Zumwalde
aka Lisa Rachuba
300 4th Avenue
Glendora, NJ 08029

Social Security No.:
  xxx–xx–7469

  xxx–xx–7068

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: July 12, 2023

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court